DAVIS WRIGHT TREMAINE LLP
James H. Moon (SBN 268215)
jamesmoon@dwt.com
Daniel H. Leigh (SBN 310673)
danielleigh@dwt.com
Sancho Accorsi (SBN 329413)
sanchoaccorsi@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

STELLA TATOLA,

Plaintiff,

v.

BARNABY LTD., LLC, and MICROSOFT CORPORATION,

Defendants.

Case No. 3:24-cv-03789-JD

**DEFENDANT MICROSOFT CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

**[*Filed concurrently with Motion to Dismiss, Motion to Stay Case, and Proposed Orders*]**

Assigned to the Honorable James Donato
Courtroom 11

Date: October 24, 2024
Time: 10:00 a.m.

# REQUEST FOR JUDICIAL NOTICE

## I. INTRODUCTION

Microsoft respectfully requests that the Court deem the following documents incorporated by reference in Plaintiff Stella Tatola's First Amended Complaint ("FAC") in ruling on Microsoft's concurrently filed Motion to Dismiss the First Amended Complaint (the "Motion to Dismiss"):

- **Exhibit A** – Microsoft.com "Clarity: It's free forever" webpage, quoted, discussed, and linked at FAC ¶ 25 & n.7, ***available at*** https://clarity.microsoft.com/pricing;
- **Exhibit B** – Microsoft.com "Cookie List" webpage, quoted, discussed, and linked at FAC ¶ 24 & n.6, ***available at*** https://learn.microsoft.com/en-us/clarity/setup-and-installation/cookie-list;
- **Exhibit C** – babeland.com Privacy Policy, quoted, discussed, and linked at FAC ¶¶ 17–21 & n.4, 41–44, ***available at*** https://web.archive.org/web/20240603062557/https://www.babeland.com/privacy-policy/ (June 3, 2024 at 06:25:57 capture); and
- **Exhibit D** – goodvibes.com Privacy Policy, quoted, discussed, and linked at FAC ¶¶ 17–21 & n.4, 41–44, ***available at*** http://web.archive.org/web/20240602133819/https://www.goodvibes.com/privacy-policy/ (June 2, 2024 at 13:38:19 capture).[1]

In the alternative, if the Court finds that these webpages are not properly incorporated by reference, Microsoft requests that the Court take judicial notice of them.

[1] The current privacy policies at www.goodvibes.com/privacy-policy and www.babeland.com/privacy-policy are marked as having been updated on June 17, 2024. Plaintiff's FAC quotes the previous version of each privacy policy, which are marked as having been updated on August 7, 2018. Microsoft seeks incorporation by reference for the versions of the privacy policies quoted in Plaintiff's FAC. Exhibit C is the version of https://www.babeland.com/privacy-policy/ marked as updated August 7, 2018, which was captured from that website on June 3, 2024 by the internet service the Internet Archive Wayback Machine. Exhibit D is the version of https://www.goodvibes.com/privacy-policy/ marked as updated August 7, 2018, which was captured on June 2, 2024 by the Internet Archive Wayback Machine. "[D]istrict courts in this circuit have routinely taken judicial notice of content from the Internet Archive's Wayback Machine[.]" *Parziale v. HP, Inc*, 2020 WL 5798274, at *3 (N.D. Cal. Sept. 29, 2020); *see also Barnert v. HP, Inc.*, 2021 WL 8895260, at *3 (N.D. Cal. Dec. 17, 2021) (incorporating by reference previous versions of terms of service obtained through the Internet Archive).



DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
865 S. Figueroa St., Suite 2400
Los Angeles, CA 90017

## II. LEGAL STANDARD

Although "[g]enerally[] district courts may not consider material outside the pleadings when assessing the sufficiency of a complaint under Rule 12(b)(6) … [t]here are two exceptions to this rule: the incorporation-by-reference doctrine, and judicial notice under Federal Rule of Evidence 201." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018).

"[I]ncorporation-by-reference is a judicially created doctrine that treats certain documents as though they are part of the complaint itself" in order to "prevent[] plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Id.* at 1002. The doctrine applies "if the plaintiff refers extensively to [a] document or [a] document forms the basis of the plaintiff's claim." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). A court "may treat such a document as part of the complaint, and thus may assume that its contents are true for purposes of a motion to dismiss." *Id.*

In addition, "[j]udicial notice under Rule 201 permits a court to notice an adjudicative fact if it is 'not subject to reasonable dispute.'" *Khoja*, 899 F.3d 988, at 999 (quoting Fed. R. Evid. 201(b)). A fact is not subject to reasonable dispute if it: "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

## III. THE COURT SHOULD CONSIDER DEFENDANTS' WEBPAGES

Plaintiff brings six claims against Microsoft alleging Microsoft's Clarity tool and "Bing tracker" (i.e., the "Universal Event Tracker" or "UET") eavesdropped on communications without her consent. She extensively (and selectively) cites to Microsoft webpages to allege how the tools work and how Microsoft uses the information the tools collect, which are the bases for her theory that Microsoft unlawfully intercepts those communications. For instance, Plaintiff cites a Microsoft webpage to allege a cookie necessary to Clarity and the UET—the MUID—follows "a specific … user's activity across the internet," FAC ¶ 24 (citing webpage at Request for Judicial Notice ("RJN"), Ex. B), but the webpage actually says the MUID collects only "nonpersonally identifiable" information about "unique web browsers visiting Microsoft sites"



DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
865 S. Figueroa St., Suite 2400
Los Angeles, CA 90017

(not across the entire internet). RJN, Ex. B at 1. She cites another webpage to allege Microsoft uses data collected by Clarity to "better target advertisements and 'improve machine learning models,'" FAC ¶ 25 (quoting webpage at RJN, Ex. A), but this webpage explains the data is "anonymous," RJN, Ex. A at 2.

Plaintiff also cites extensively to Barnaby's websites to allege that Microsoft intercepted information without consent. FAC ¶¶ 11, 13–14, 16–21, 40–44. She alleges the Barnaby privacy policies mislead users about the data they collect, *id.* ¶¶ 17–21 (quoting webpages at RJN, Exs. C & D), but the polices disclose that Barnaby and its "partners," for example, use cookies to "understand the online behaviors" of users. RJN, Ex. C at 2*; id.* Ex. D at 2.

Plaintiff's FAC incorporates these webpages by reference. It quotes from and provides hyperlinks to both the Microsoft webpages, FAC ¶¶ 24–25 & nn.6–7, and the Barnaby webpages, *id.* ¶¶ 17–21 & n.4. *See Hammerling v. Google LLC*, 2022 WL 17365255, at *3 (N.D. Cal. Dec. 1, 2022) (webpage incorporated by reference where complaint "provide[d] direct quotes from the page"), *aff'd*, 2024 WL 937247 (9th Cir. Mar. 5, 2024); *Schuyleman v. Barnhart Crane & Rigging Co.*, 2023 WL 8528501, at *3 (W.D. Wash. Dec. 8, 2023) (same where complaint "includ[ed] links to videos on [defendant's] website"); *Abboud v. Circle K Stores Inc.*, 2024 WL 1765659, at *3 & n.4 (D. Ariz. Apr. 24, 2024) (same where pleading referred and provided links to webpages); *Callier v. Freedom Forever Texas*, 2024 WL 1451135, at *3 (W.D. Tex. Apr. 2, 2024) (same where complaint "link[ed] to [the] website").

Indeed, the webpages form the basis of Plaintiff's case. She cites Microsoft webpages about Clarity and UET to allege how these tools work, what data they collect, and how that data can be used, *see* FAC ¶¶ 24–25 & nn.6–7, all of which are necessary to Plaintiff's theory that Microsoft uses these tools to eavesdrop without users' consent. She likewise cites the Barnaby webpages to allege that she did not consent to eavesdropping. *Id.* ¶¶ 17–21 & n.4, 40–45. This is the kind of "extensive[]" citation to documents that "form the basis" of a plaintiff's theory that warrant incorporation by reference. *See, e.g.*, *Knievel v. ESPN*, 393 F.3d 1068, 1076–77 (9th Cir. 2005) (webpage incorporated by reference where it was necessary context for plaintiffs' claims); *R.C. v. Walgreen Co.*, 2024 WL 2263395, at *2 n.2 (C.D. Cal. May 9, 2024) (privacy



DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
865 S. Figueroa St., Suite 2400
Los Angeles, CA 90017

policy incorporated by reference "by virtue of the [complaint's] references to" it); *SafeCast Ltd. v. Google, LLC*, 703 F. Supp. 3d 1041, 1046 n.1 (N.D. Cal. 2023) (webpages containing defendant's "purported representations" incorporated by reference where "representations [were] explicitly quoted and cited" in complaint).

Incorporation by reference is especially appropriate in this case to prevent Plaintiff's selective citations. Plaintiff omits from her FAC that these webpages explain Microsoft's tools only collect anonymized data. She also ignores that Barnaby disclosed its collection of data from its websites. This is precisely the type of selective citation that the doctrine prevents, *see Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007) (incorporation by reference is meant to "prevent plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting documents upon which their claims are based") (cleaned up, quotation omitted), and Courts find webpages incorporated by reference in these circumstances, *see SafeCast*, 703 F. Supp. 3d at 1046 n.1 (noting plaintiff "selectively quote[d]" webpage incorporated by reference); *Song fi Inc. v. Google, Inc.*, 108 F. Supp. 3d 876, 880 & n.2 (N.D. Cal. 2015) (defendant's online terms of use incorporated by reference for purposes of establishing permissible uses for defendant's product).

In any event, even if the Microsoft and Barnaby webpages are not incorporated by reference, "[p]ublicly accessible websites … are proper subjects of judicial notice." *Diaz v. Intuit, Inc.*, 2018 WL 2215790, at *3 N.D. Cal. May 15, 2018) (citation omitted); *see Erickson v. Nebraska Mach. Co.*, 2015 WL 4089849, at *1 (N.D. Cal. July 6, 2015) (Donato, J.) (taking judicial notice of defendant's website). Plaintiff herself cites and relies on these publicly available webpages, and she cannot reasonably challenge their accuracy. Fed. R. Evid. 201(b)(2). The Court should therefore take judicial notice these webpages. *See Hulsey v. Peddle, LLC*, 2017 WL 8180583, at *1 n.1 (C.D. Cal. Oct. 23, 2017) (taking judicial notice of online privacy policy "because its authenticity is not contested and it is central to [plaintiff's] claim that she did not consent to receive texts" (citing *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010)); *Stark v. Patreon, Inc.*, 635 F. Supp. 3d 841, 850 (N.D. Cal. 2022) (taking judicial notice of online terms of use "and their contents—as is relevant … to show what exactly [defendant] *disclosed* in its policies").

## IV. CONCLUSION

The Court should find the documents attached to this Request are incorporated by reference into the FAC or, in the alternative, judicially noticeable, and should consider them in ruling on Microsoft's Motion to Dismiss.

Dated: September 13, 2024

DAVIS WRIGHT TREMAINE LLP

By /s/ James H. Moon
James H. Moon

*Attorneys for Defendant Microsoft Corporation*



**DAVIS WRIGHT TREMAINE LLP**
LAW OFFICES
865 S. Figueroa St., Suite 2400
Los Angeles, CA 90017

# EXHIBIT A

# Clarity: It's free—forever

Enjoy all the features of Clarity at absolutely zero cost. You'll never run into traffic limits or be forced to upgrade to a paid version.

✓ 100k+ sites globally ✓ 100% free ✓ GDPR & CCPA ready

Get started See live demo




## Benefits

Unlimited traffic

Unlimited heatmaps

Unlimited websites

Unlimited team members

## Features

| Features | |
|---|---|
| Always-on recordings | ✓ |
| Click and scroll heatmaps | ✓ |
| Instant heatmap generation | ✓ |
| Access to historical data | ✓ |
| Rage click and dead click insights | ✓ |
| Share heatmaps and recordings | ✓ |
| Multi-device support | ✓ |
| Rich segmentation with 25+ filters | ✓ |
| Support for Ajax and single-page apps | ✓ |
| Masking and more privacy features | ✓ |
| GDPR & CCPA compliance | ✓ |
| Easy integration with Google Analytics | ✓ |
| Single sign-on | ✓ |
| Email customer support | ✓ |

Easy integration with Google Analytics ✓

Single sign-on ✓

Email customer support ✓

## Why is it free?

Our mission at Clarity is make behavior analytics available to everyone—from bloggers to Fortune 500 companies.

Clarity is built by Microsoft, one of the largest technology companies in the world. Microsoft processes a massive amount of anonymous data around user behavior to gain insights and improve machine learning models that power many of our products and services. Clarity is one of the ways Microsoft gathers this important data—and why we've made it available for free.

We will never share your data with third parties.

## Clarity offers so much more...



### Instant heatmaps

Generate heatmaps for all pages. See where people click and how far they scroll.

Learn more



### Session recordings

Find recordings for almost any scenario with our rich segmentation.

Learn more



### Powerful insights

Make data-driven decisions with insights powered by machine learning.

Learn more



### Google Analytics

Connect Clarity and Google Analytics to understand user behaviors driving the data.

Learn more

## FAQ

Our most frequently asked questions



**Can I track multiple domains with Clarity?**

Yes, you can track multiple domains within one account. Just create different projects for each domain.

**Will Clarity decrease my site's performance?**

No, your visitors or customers will not experience a difference in site speed or performance. Clarity tracking code is asynchronous so it does not slow down the page load time.

**If I have the same link in multiple places on a page, will the data be combined for that link?**

No, we do not combine link data. For example, if you have the same link at the top and bottom of your page you will be able to see how many clicks the top one gets versus the bottom one.

View all frequently asked questions

## What Clarity users say

" Set this up in 20 seconds for our site and I'm seeing data I never had in less then 30 minutes.. really easy integration..

" Gives valuable insight to what is going on our website. The brilliant dashboard, one click access to heatmaps and session recordings, and simple filters make this a pleasure to use!

" Scroll heat map feature is awesome! Thanks, it helped us a lot..







## Companies that use Clarity

World Health Organization

HEWLETT PACKARD

CINEMARK

Forbes

acer

## Stop guessing. Get Clarity.

Free forever. Built to grow with your business. No limits on traffic.

Sign up for Clarity

FOLLOW US ON

PRODUCTS
- Heatmaps
- Session recordings
- Insights
- Google Analytics
- Clarity for mobile apps
- Integrations
- Clarity extension
- Copilot

RESOURCES
- Documentation
- FAQ
- Website benchmarks
- Blog
- Case studies

WHY CLARITY
- Pricing

CONTACT US
- clarityms@microsoft.com

English (US) Privacy & cookies Consumer health privacy Terms of use Feedback © Microsoft 2024

# EXHIBIT B

Filter by title

Back to Clarity Documentation
About Clarity
Installation
General Settings
Profile Settings
Clarity for Mobile Apps
Google Analytics
Clarity Live Extension - Plugin
Clarity Website Benchmarks - Beta
Copilot in Clarity
Guide to Heatmaps
Guide to Session Recordings
Guide to Insights Dashboard
Filters in Clarity
Glossary
Data and cookies
Cookie list
Cookie consent
Clarity data collection
Data retention
Privacy
Reference

Download PDF



# Cookie List

Article • 01/30/2024 • 1 contributor Feedback

## In this article

Why does Clarity set cookies?
What cookies does Clarity set?
Visit Clarity

## Why does Clarity set cookies?

Clarity's normal functioning requires that we set cookies on your visitor's browser. These cookies are placed by the setup script that you installed to run Clarity. When the script is installed, Clarity's cookies send us nonpersonally identifiable information about your users.

Note

- If a user has disabled cookies on the browser, Clarity doesn't set cookies.

## What cookies does Clarity set?

Expand table

| Name | Purpose | Value Passed |
|---|---|---|
| _clck | Persists the Clarity User ID and preferences, unique to that site is attributed to the same user ID. | String |
| _clsk | Connects multiple page views by a user into a single Clarity session recording. | String |
| CLID | Identifies the first-time Clarity saw this user on any site using Clarity. | String |
| ANONCHK | Indicates whether MUID is transferred to ANID, a cookie used for advertising. Clarity doesn't use ANID and so this is always set to 0. | Flag |
| MR | Indicates whether to refresh MUID. | Flag |
| MUID | Identifies unique web browsers visiting Microsoft sites. These cookies are used for advertising, site analytics, and other operational purposes. | GUID |
| SM | Used in synchronizing the MUID across Microsoft domains. | Character Flags |

## First-party and Third-party Cookies

**First-party cookies**: First-party cookies are created by websites that a user visit. It's used to save data related to user preferences and activities such as shopping cart items, sign in credentials.

## Additional resources

Training

Module
Analyze insights with Microsoft Clarity - Training

Interact with Microsoft Clarity dashboards, heatmaps, and recordings to optimize your website's performance.

Filter by title

Back to Clarity Documentation
About Clarity
Installation
General Settings
Profile Settings
Clarity for Mobile Apps
Google Analytics
Clarity Live Extension - Plugin
Clarity Website Benchmarks - Beta
Copilot in Clarity
Guide to Heatmaps
Guide to Session Recordings
Guide to Insights Dashboard
Filters in Clarity
Glossary
Data and cookies
Cookie list
Cookie consent
Clarity data collection
Data retention
Privacy
Reference

Download PDF

## Why does Clarity set cookies?

Clarity's normal functioning requires that we set cookies on your visitor's browser. These cookies are placed by the setup script that you installed to run Clarity. When the script is installed, Clarity's cookies send us nonpersonally identifiable information about your users.

> ⓘ Note
>
> - If a user has disabled cookies on the browser, Clarity doesn't set cookies.

# What cookies does Clarity set?

Expand table

| Name | Purpose | Value Passed |
| --- | --- | --- |
| _clck | Persists the Clarity User ID and preferences, unique to that site is attributed to the same user ID. | String |
| _clsk | Connects multiple page views by a user into a single Clarity session recording. | String |
| CLID | Identifies the first-time Clarity saw this user on any site using Clarity. | String |
| ANONCHK | Indicates whether MUID is transferred to ANID, a cookie used for advertising. Clarity doesn't use ANID and so this is always set to 0. | Flag |
| MR | Indicates whether to refresh MUID. | Flag |
| MUID | Identifies unique web browsers visiting Microsoft sites. These cookies are used for advertising, site analytics, and other operational purposes. | GUID |
| SM | Used in synchronizing the MUID across Microsoft domains. | Character Flags |

## First-party and Third-party Cookies

**First-party cookies**: First-party cookies are created by websites that a user visit. It's used to save data related to user preferences and activities such as shopping cart items, sign in credentials.

**Third-party cookies**: Third-party cookies are placed by a domain other than the one the user explicitly visited. **For example**: like buttons and live chats.

# Visit Clarity

Case studies | Demo | Sign in | Blog | Benchmarks

Additional resources

Training

Module
Analyze insights with Microsoft Clarity - Training

Interact with Microsoft Clarity dashboards, heatmaps, and recordings to optimize your website's performance.

English (United States)   Your Privacy Choices   Theme

Previous Versions   Blog   Contribute   Privacy   Terms of Use   Trademarks   © Microsoft 2024

# EXHIBIT C

INTERNET ARCHIVE WaybackMachine https://www.babeland.com/privacy-policy/ Go MAY JUN JUL 116 captures 03 18 Oct 2007 - 5 Sep 2024 2023 2024 2025 About this capture

FREE DISCREET SHIPPING ON ORDERS $85+

AUTOSTRADDLE WELL+GOOD The Strategist VICE BETCHES Forbes THE NEW YORKER VOGUE

Babeland
Sex toys for a passionate world

Customer Service Stores Account 0

BEST SELLERS VIBRATORS COUPLES PENIS TOYS DILDOS LUBE ANAL TOYS BDSM FETISH HARNESSES LINGERIE BLOG E-GIFT CARD MORE SALE

find your vibe ✨ explore best-sellers and more up to 70% off

# Privacy Policy

## WEBSITE: Babeland Toy Store

Effective date: Aug 7, 2018

Babeland consistently strives to provide new and innovative products and services as part of its commitment to better serve its customers. We recognize that privacy is an important issue, so we operate ourselves in a manner consistent with the protection of your privacy. We developed this Privacy Policy pursuant to applicable law regarding the collection and use of Personally Identifying Information ("PII") (defined below) in those jurisdictions where we do business. This Privacy Policy outlines the types of information collected, including PII through websites that Babeland owns or operates and those sites operated on behalf of Babeland that contain a link to this Privacy Policy (collectively the "Website"), how we use that information, how we share it as well as some of the steps we take to safeguard it. This Privacy Policy is also designed to inform you about how you may access, amend, or delete PII collected and how you may limit Babeland's use of your PII. We urge you to read this Privacy Policy in its entirety and hope it will help you make an informed decision about sharing your PII with us. On occasion, the Website is connected by "hyperlinks" to other companies' websites; please note that Babeland is not responsible in any way for the privacy practices of other websites and suggests that you review the privacy policies of those other companies' websites before using them.

Your use of the Website is subject to your compliance with the terms and conditions set forth in this Privacy Policy. PLEASE READ THE BELOW CAREFULLY BEFORE ACCESSING OR USING THE WEBSITE. BY ACCESSING OR USING THE WEBSITE, YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS SET FORTH HEREIN. IF YOU DO NOT WISH TO BE BOUND BY THESE TERMS AND CONDITIONS, YOU MAY NOT ACCESS OR USE THE WEBSITE. BABELAND MAY MODIFY THE TERMS AND CONDITIONS AT ANY TIME, AND SUCH MODIFICATIONS SHALL BE EFFECTIVE IMMEDIATELY UPON POSTING ON THE WEBSITE. YOU AGREE TO REVIEW THE TERMS AND CONDITIONS PERIODICALLY TO BE AWARE OF SUCH MODIFICATIONS AND YOUR CONTINUED ACCESS OR USE OF THE WEBSITE SHALL BE DEEMED YOUR CONCLUSIVE ACCEPTANCE OF ANY MODIFIED TERMS AND CONDITIONS. This Privacy Policy is effective as of the above Effective Date. You should check the date of this Privacy Policy and review the Privacy Policy periodically for any changes since the last version. Your continued use of the services and Website following the posting of changes to this Privacy Policy terms will mean you accept these changes.

## Opting Out

If, after you have registered and consented to this Privacy Policy, you no longer wish to receive communications from Babeland, or you have any questions about this Privacy Policy, Babeland's practices, feel that your privacy has been compromised or information we collected about you is incorrect please contact us at:

babeland.com; or
Babeland
2504 San Pablo Ave
Berkeley, CA 94702
(800) BUY-VIBE

## What types of PII does Babeland collect?

Your privacy on the Internet is important to Babeland. As part of the operation of the Website, certain pieces of information are gathered about the users registering to gain access to the site (individually, a "Registrant" and collectively, "Registrants").

## Personally Identifying Information

"Personally Identifying Information" is information that individually identifies you, such as your name, company name, physical address, phone numbers, email address and any

In order to give you a better service we use cookies. By continuing to browse the site you are agreeing to our use of cookies. I Agree

"Personally Identifying Information" is information that individually identifies you, such as your name, company name, physical address, phone numbers, email address and any other information that would allow someone to identify or contact you. Babeland asks for your PII so that it can understand your needs, determine if Babeland products meet your needs, inform you about its products that it believes may be of interest to you, or comply with the law. Of course, you may choose not to provide Babeland with PII; however, if you choose not to provide the requested information, you may not be able to use some or all of the features of the Website. Our server does not automatically record PII. Such information can become known to Babeland via its Website only when you voluntarily submit it. Your knowledge and consent are required for the collection, use, or disclosure of your PII. However, Babeland may also receive PII through various social media platforms, websites or services or from other sources.

## Usage Data and Site Activity

On each visit to Babeland's Website, Babeland may collect certain limited non-personally identifying information your browser makes available whenever you visit the Website. This information includes your Internet Protocol address, browser type, browser language, as well as the date and time of your visit ("Usage Data"). We use this information to operate, develop, and improve the Website. This information does not include your PII. Our server does not automatically record PII. Such information can become known to Babeland via the Website when you voluntarily submit it. We may disclose to third parties Usage Data regarding our Website. Your Usage Data may be aggregated with the Usage Data of others and not identify you individually or it may include associated data that does identify you.

## How Does Babeland Use Your PII?

Babeland only collects the information that it needs in order to deliver products and information to you. Except as set forth in this Privacy Policy, Babeland will not give, rent, loan, or otherwise make available your PII to third parties without your consent. By making a purchase, requesting additional information, or communicating directly with Babeland or other organization after visiting the Website, a Registrant is choosing to provide Babeland with PII in such Registrant's sole discretion.

## Cookies

Babeland and our affiliates and other partners use cookies and other identification technologies on our websites, mobile applications, email communications, advertisements, and other online services (collectively, the "Services") for a number of purposes, including: authenticating users, remembering user preferences and settings, delivering and measuring the effectiveness of advertising campaigns, analyzing site traffic and trends. A cookie is a unique text file that may be used for data analysis, and enables a web site to tailor information presented to you. We use cookies to generally understand the online behaviors and interests of people who interact with our products and services online.

You have the right to choose whether or not to accept cookies. However, they are an important part of how our digital services work, so you should be aware that if you choose to refuse or remove cookies, this could affect the availability and functionality of the Services.

Most web browsers are set to accept cookies by default. If you prefer, you can usually choose to set your browser to remove or reject browser cookies. To do so, please follow the instructions provided by your browser which are usually located within the "Help" or "Preferences" menu. Some third parties also provide the ability to refuse their cookies directly by clicking on an opt-out link, and we have indicated where this is possible in the table below.

## Marketing

As part of its day-to-day business activities, Babeland may share with third parties certain non-personally identifying log information your browser makes available whenever you visit the Website.

## Security

Due to the existing legal, regulatory and security environment, Babeland may disclose aggregate level and/or PII about its Registrants to protect the rights, property or safety of Babeland, our customers, or the public.

## Sale or Transfer of Business

We may sell or otherwise transfer such information to a successor of Babeland, or any subsidiary or division of Babeland in connection with an asset sale, acquisition, merger, consolidation, divestiture, stock sale, purchase of part or all of the assets of the business, or other corporate transaction, or by way of assignment (whether by operation of law or otherwise) in connection with any such or similar transaction or in connection with the administration of a bankruptcy estate. In the case of such event, the PII will become the property of the successor and will be subject to the successor's Privacy Policy should they have one.

## Service Providers and Partners

So that we can focus on providing customers with a quality product, we may establish relationships with other businesses whom we believe, based on a reasonable inquiry, to be

In order to give you a better service we use cookies. By continuing to browse the site you are agreeing to our use of cookies. I Agree

So that we can focus on providing customers with a quality product, we may establish relationships with other businesses whom we believe, based on a reasonable inquiry, to be trustworthy and who have confirmed that their privacy practices are consistent with our requirements (collectively "Service Providers"). For example purposes only, Babeland may contract with Service Providers to provide certain services such as hosting and maintenance, payment processing and certain marketing and promotions functions. We only provide the Service Providers with the information necessary for them to perform their services on our behalf.

## User Content

Babeland may post on the Website stories, comments, letters, photographs and/or videos provided to us by our customers. When you submit the materials and other information to us you represent that you are authorized to submit such materials or other information and you grant to Babeland a non-exclusive, royalty-free, worldwide, perpetual license, with the right to sub-license, to reproduce, distribute, transmit, create derivative works of, publicly display and publicly perform any materials and other information (including, without limitation, ideas contained therein for new or improved products) you submit to any public areas of the Website (such as bulletin boards, forums and newsgroups), e-mail to babeland.com or any other means and in any media now known or hereafter developed. You also grant to Babeland the right to use your name in connection with the submitted materials and other information as well as in connection with all advertising, marketing and promotional material related thereto. You agree that you shall have no recourse against Babeland for any alleged or actual infringement or misappropriation of any proprietary right in your submitted materials and other information to the Website.

## Contests, Sweepstakes and Promotions.

If you choose to enter a contest, sweepstakes or promotion (collectively "Promotion"), your PII may be disclosed to third parties in connection with such Promotion, including without limitation, for purposes of posting your entry with attribution or otherwise as permitted in the applicable official rules for the Promotion, fulfilling your prize or including your name on a winners list. Also by entering a contest, sweepstakes or promotion, we may require you to consent to the use of your personal information or other information, such as name, voice or likeness, in advertising, promotional and marketing materials. In addition, we may offer certain promotional content, such as sweepstakes, sponsored or co-branded with a third party, who may obtain the personal information that you submit.

## How does Babeland protect your PII?

Babeland protects your PII by using safeguards that are appropriate to the sensitivity of the information. Each of our employees with access to your PII is informed about our Privacy Policy and procedures for protecting PII. Babeland undertakes substantial efforts to protect the confidentiality of the identity, preferences and other information it has collected about individual Registrants and, except as otherwise set forth in this Privacy Policy, will not knowingly allow access to this information to anyone outside Babeland.

You should also do your part in protecting your information. Your user name and password are confidential and we recommend that you not divulge them to anyone. Unfortunately, neither Babeland's network nor data transmission over the Internet can be guaranteed to be 100% secure. As a result, while we strive to protect Registrant's information, Babeland cannot ensure or warrant the security of member information. Thus, any information a Registrant transmits to us is done so at the Registrant's own risk. Once we receive Registrant information, we undertake substantial efforts to protect the confidentiality of this information consistent with this Privacy Policy.

Babeland may store and process PII collected on the Website on its own servers or on the servers of its Service Providers (defined below). Paper copies containing all or part of the PII you supply to us may be made and kept in file cabinets as part of the course of normal business activity. To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have implemented physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take security measures to protect against unauthorized access to or unauthorized alteration, disclosure or destruction of data, Babeland does not guarantee that unauthorized third parties will never defeat measures taken to prevent improper use of PII. In the event of a security breach whereby your PII is acquired by an unauthorized person, Babeland will take commercially reasonable steps to contain the breach and to notify you of the unauthorized acquisition.

## Children's Privacy

Protecting the privacy of children is extremely important to us. The Website is intended for users who are 18 years old or older. We do not knowingly collect PII from children under the age of 18. If we become aware that we have inadvertently received PII from a child under the age of 18, we will delete such information from our records. We encourage parents and legal guardians to monitor their children's Internet usage and to help enforce our Privacy Policy by instructing their children never to provide PII without parental consent. If you have reason to believe that a child under the age of 18 has provided PII, please contact us, and we will take appropriate action.

## Copyright and Licenses

The entire contents of the Website are protected by international copyright and trademark laws. The owner of the copyrights and trademarks is The Barnaby LTD or other third parties. YOU MAY NOT MODIFY, COPY, REPRODUCE, REPUBLISH, UPLOAD, POST, TRANSMIT, OR DISTRIBUTE, IN ANY MANNER, THE MATERIAL ON THE WEBSITE, INCLUDING TEXT, GRAPHICS, CODE AND/OR SOFTWARE. You may print and download portions of material from the different areas of the Website solely for your own non-commercial use provided that you agree not to change or delete any copyright or proprietary notices from the materials. You agree that you shall have no recourse against Babeland for any alleged or actual infringement or misappropriation of any proprietary right in your communications to the Website.

In order to give you a better service we use cookies. By continuing to browse the site you are agreeing to our use of cookies. I Agree

Babeland for any alleged or actual infringement or misappropriation of any proprietary right in your communications to the Website.

## Links to Other Materials

You understand that, except for information, products or services clearly identified as being supplied by Babeland, Babeland does not operate, control or endorse any information, products or services on the Internet in any way. Except for Babeland identified information, products or services, all information, products and services offered through the Website or on the Internet generally are offered by third parties, that are not affiliated with Babeland You also understand that Babeland cannot and does not guarantee or warrant that files available for downloading through the Website will be free of infection or viruses, worms, Trojan horses or other code that manifest contaminating or destructive properties. You are responsible for implementing sufficient procedures and checkpoints to satisfy your particular requirements for accuracy of data input and output, and for maintaining a means external to the Website for the reconstruction of any lost data.

Babeland makes no representations whatsoever about any other website which you may access through the Website or which may link to the Website. When you access a non-Babeland website, please understand that it is independent from the Website, and that Babeland has no control over the content on that website. In addition, a link to the Website does not mean that Babeland endorses or accepts any responsibility for the content, or the use, of such website.

## Assumption of Risk

YOU ASSUME TOTAL RESPONSIBILITY AND RISK FOR YOUR USE OF THE WEBSITE AND THE INTERNET. BABELAND PROVIDES THE WEBSITE AND RELATED INFORMATION "AS IS" AND DOES NOT MAKE ANY EXPRESS OR IMPLIED WARRANTIES, REPRESENTATIONS OR ENDORSEMENTS WHATSOEVER (INCLUDING WITHOUT LIMITATION WARRANTIES OF TITLE OR NONINFRINGEMENT, OR THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE) WITH REGARD TO THE SERVICE, ANY MERCHANDISE INFORMATION OR SERVICE PROVIDED THROUGH THE SERVICE OR ON THE INTERNET GENERALLY, AND BABELAND SHALL NOT BE LIABLE FOR ANY COST OR DAMAGE ARISING EITHER DIRECTLY OR INDIRECTLY FROM ANY SUCH TRANSACTION. IT IS SOLELY YOUR RESPONSIBILITY TO EVALUATE THE ACCURACY, COMPLETENESS AND USEFULNESS OF ALL OPINIONS, ADVICE, SERVICES, MERCHANDISE AND OTHER INFORMATION PROVIDED THROUGH THE SERVICE OR ON THE INTERNET GENERALLY. BABELAND DOES NOT WARRANT THAT THE SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE OR THAT DEFECTS IN THE SERVICE WILL BE CORRECTED.

YOU UNDERSTAND FURTHER THAT THE PURE NATURE OF THE INTERNET CONTAINS UNEDITED MATERIALS SOME OF WHICH ARE SEXUALLY EXPLICIT OR MAY BE OFFENSIVE TO YOU. YOUR ACCESS TO SUCH MATERIALS IS AT YOUR RISK. BABELAND HAS NO CONTROL OVER AND ACCEPTS NO RESPONSIBILITY WHATSOEVER FOR SUCH MATERIALS.

## Limitation of Liability

IN NO EVENT WILL BABELAND BE LIABLE FOR (I) ANY INCIDENTAL, CONSEQUENTIAL, OR INDIRECT DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR INFORMATION, AND THE LIKE) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SERVICE, OR ANY INFORMATION, OR TRANSACTIONS PROVIDED ON THE SERVICE OR WEBSITE, OR DOWNLOADED FROM THE SERVICE OR WEBSITE, OR ANY DELAY OF SUCH INFORMATION OR SERVICE OR WEBSITE. EVEN IF BABELAND OR ITS AUTHORIZED REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR (II) ANY CLAIM ATTRIBUTABLE TO ERRORS, OMISSIONS, OR OTHER INACCURACIES IN THE SERVICE, WEBSITE AND/OR MATERIALS OR INFORMATION DOWNLOADED THROUGH THE SERVICE OR WEBSITE. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IN SUCH STATES, BABELAND'S LIABILITY IS LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, defend and hold harmless Babeland, its affiliates, officers, directors, employees, agents, licensors, vendors and any third party information providers from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of this Agreement (including negligent or wrongful conduct) by you or any other person accessing the Website.

## Third Party Rights

The Legal Notices are for the benefit of Babeland and its officers, directors, employees, agents, licensors, suppliers, and any third party information providers to the Website. Each of these individuals or entities shall have the right to assert and enforce those provisions directly against you on its own behalf.

## Miscellaneous

This Privacy Policy and the terms and conditions contained herein shall all be governed and construed in accordance with the laws of The United States of America applicable to agreements made and to be performed in The United States of America. You agree that any legal action or proceeding between Babeland and you for any purpose concerning this Privacy Policy shall be brought exclusively in a federal or state court of competent jurisdiction sitting in The United States of America. Any cause of action or claim you may have

In order to give you a better service we use cookies. By continuing to browse the site you are agreeing to our use of cookies. I Agree

OF PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR INFORMATION, AND THE LIKE) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SERVICE, OR ANY INFORMATION, OR TRANSACTIONS PROVIDED ON THE SERVICE OR WEBSITE, OR DOWNLOADED FROM THE SERVICE OR WEBSITE, OR ANY DELAY OF SUCH INFORMATION OR SERVICE OR WEBSITE. EVEN IF BABELAND OR ITS AUTHORIZED REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR (II) ANY CLAIM ATTRIBUTABLE TO ERRORS, OMISSIONS, OR OTHER INACCURACIES IN THE SERVICE, WEBSITE AND/OR MATERIALS OR INFORMATION DOWNLOADED THROUGH THE SERVICE OR WEBSITE. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IN SUCH STATES, BABELAND'S LIABILITY IS LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, defend and hold harmless Babeland, its affiliates, officers, directors, employees, agents, licensors, vendors and any third party information providers from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of this Agreement (including negligent or wrongful conduct) by you or any other person accessing the Website.

## Third Party Rights

The Legal Notices are for the benefit of Babeland and its officers, directors, employees, agents, licensors, suppliers, and any third party information providers to the Website. Each of these individuals or entities shall have the right to assert and enforce those provisions directly against you on its own behalf.

## Miscellaneous

This Privacy Policy and the terms and conditions contained herein shall all be governed and construed in accordance with the laws of The United States of America applicable to agreements made and to be performed in The United States of America. You agree that any legal action or proceeding between Babeland and you for any purpose concerning this Privacy Policy shall be brought exclusively in a federal or state court of competent jurisdiction sitting in The United States of America. Any cause of action or claim you may have with respect to the Website must be commenced within one (1) year after the claim or cause of action arises or such claim or cause of action is barred. Babeland's failure to insist upon or enforce strict performance of any provision of these terms and conditions in this Privacy Policy shall not be construed as a waiver of any provision or right. Neither the course of conduct between the parties nor trade practice shall act to modify any provision of this Privacy Policy. Babeland may assign its rights and duties under this Privacy Policy to any party at any time without notice to you.

Any rights not expressly granted herein are reserved.

Transgender Law Center Donate to Support Trans Rights Add a Donation ($1, $3, $5)

CUSTOMER SERVICE

- eGift Card
- Contact Us
- Order Lookup
- Shipping
- FAQ & Return Policy
- Terms
- Privacy Policy

COMMUNITY

- Events
- Store Locations
- Affiliate Program
- Babeland Rewards Program
- Babeland Rewards Program FAQ
- Donations
- Jobs

STAY CONNECTED

Join Our List Get
**$5 Off Your Next Order**

I am 18 or over and accept the Terms and Conditions and Privacy Policy

email address Subscribe

*Promotions exclude: gift cards, kits, sale items, Arcwave, BMS, B Swish, Bumpher, Cowgirl, Crave, Dame, Doxy, Eroscillator, Fun Factory, Good Clean Love, Happy Rabbit, Hot Octopuss, Iroha, Je Joue, Lelo, Le Wand, Lovense, Magic Wand, Mimic, Njoy, OhMiBod, OhNut, Oxballs, pjur, Rodeoh, SpareParts, Tenga, We-Vibe, Womanizer, Extend protection plans.

In order to give you a better service we use cookies. By continuing to browse the site you are agreeing to our use of cookies. I Agree

# EXHIBIT D

# Privacy Policy

## WEBSITE: Good Vibrations

Effective date: Aug 7, 2018

Good Vibrations consistently strives to provide new and innovative products and services as part of its commitment to better serve its customers. We recognize that privacy is an important issue, so we operate ourselves in a manner consistent with the protection of your privacy. We developed this Privacy Policy pursuant to applicable law regarding the collection and use of Personally Identifying Information ("PII") (defined below) in those jurisdictions where we do business. This Privacy Policy outlines the types of information collected, including PII through websites that Good Vibrations owns or operates and those sites operated on behalf of Good Vibrations that contain a link to this Privacy Policy (collectively the "Website"), how we use that information, how we share it as well as some of the steps we take to safeguard it. This Privacy Policy is also designed to inform you about how you may access, amend, or delete PII collected and how you may limit Good Vibrations' use of your PII. We urge you to read this Privacy Policy in its entirety and hope it will help you make an informed decision about sharing your PII with us. On occasion, the Website is connected by "hyperlinks" to other companies' websites; please note that Good Vibrations is not responsible in any way for the privacy practices of other websites and suggests that you review the privacy policies of those other companies' websites before using them.

Your use of the Website is subject to your compliance with the terms and conditions set forth in this Privacy Policy. PLEASE READ THE BELOW CAREFULLY BEFORE ACCESSING OR USING THE WEBSITE. BY ACCESSING OR USING THE WEBSITE, YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS SET FORTH HEREIN. IF YOU DO NOT WISH TO BE BOUND BY THESE TERMS AND CONDITIONS, YOU MAY NOT ACCESS OR USE THE WEBSITE. GOOD VIBRATIONS MAY MODIFY THE TERMS AND CONDITIONS AT ANY TIME, AND SUCH MODIFICATIONS SHALL BE EFFECTIVE IMMEDIATELY UPON POSTING ON THE WEBSITE. YOU AGREE TO REVIEW THE TERMS AND CONDITIONS PERIODICALLY TO BE AWARE OF SUCH MODIFICATIONS AND YOUR CONTINUED ACCESS OR USE OF THE WEBSITE SHALL BE DEEMED YOUR CONCLUSIVE ACCEPTANCE OF ANY MODIFIED TERMS AND CONDITIONS. This Privacy Policy is effective as of the above Effective Date. You should check the date of this Privacy Policy and review the Privacy Policy periodically for any changes since the last version. Your continued use of the services and Website following the posting of changes to this Privacy Policy terms will mean you accept these changes.

## Opting Out

If, after you have registered and consented to this Privacy Policy, you no longer wish to receive communications from Good Vibrations, or you have any questions about this Privacy Policy, Good Vibrations' practices, feel that your privacy has been compromised or information we collected about you is incorrect please contact us at:

goodvibes.com; or
Good Vibrations
2504 San Pablo Ave
Berkeley, CA 94702
(800) BUY-VIBE

## What types of PII does Good Vibrations collect?

Your privacy on the Internet is important to Good Vibrations. As part of the operation of the Website, certain pieces of information are gathered about the users registering to gain access to the site (individually, a "Registrant" and collectively, "Registrants").

## Personally Identifying Information

Your privacy on the Internet is important to Good Vibrations. As part of the operation of the Website, certain pieces of information are gathered about the users registering to gain access to the site (individually, a "Registrant" and collectively, "Registrants").

## Personally Identifying Information

"Personally Identifying Information" is information that individually identifies you, such as your name, company name, physical address, phone numbers, email address and any other information that would allow someone to identify or contact you. Good Vibrations asks for your PII so that it can understand your needs, determine if Good Vibrations products meet your needs, inform you about its products that it believes may be of interest to you, or comply with the law. Of course, you may choose not to provide Good Vibrations with PII; however, if you choose not to provide the requested information, you may not be able to use some or all of the features of the Website. Our server does not automatically record PII. Such information can become known to Good Vibrations via its Website only when you voluntarily submit it. Your knowledge and consent are required for the collection, use, or disclosure of your PII. However, Good Vibrations may also receive PII through various social media platforms, websites or services or from other sources.

## Usage Data and Site Activity

On each visit to Good Vibrations' Website, Good Vibrations may collect certain limited non-personally identifying information your browser makes available whenever you visit the Website. This information includes your Internet Protocol address, browser type, browser language, as well as the date and time of your visit ("Usage Data"). We use this information to operate, develop, and improve the Website. This information does not include your PII. Our server does not automatically record PII. Such information can become known to Good Vibrations via the Website when you voluntarily submit it. We may disclose to third parties Usage Data regarding our Website. Your Usage Data may be aggregated with the Usage Data of others and not identify you individually or it may include associated data that does identify you.

## How Does Good Vibrations Use Your PII?

Good Vibrations only collects the information that it needs in order to deliver products and information to you. Except as set forth in this Privacy Policy, Good Vibrations will not give, rent, loan, or otherwise make available your PII to third parties without your consent. By making a purchase, requesting additional information, or communicating directly with Good Vibrations or other organization after visiting the Website, a Registrant is choosing to provide Good Vibrations with PII in such Registrant's sole discretion.

## Cookies

Good Vibrations and our affiliates and other partners use cookies and other identification technologies on our websites, mobile applications, email communications, advertisements, and other online services (collectively, the "Services") for a number of purposes, including: authenticating users, remembering user preferences and settings, delivering and measuring the effectiveness of advertising campaigns, analyzing site traffic and trends. A cookie is a unique text file that may be used for data analysis, and enables a web site to tailor information presented to you. We use cookies to generally understand the online behaviors and interests of people who interact with our products and services online.

You have the right to choose whether or not to accept cookies. However, they are an important part of how our digital services work, so you should be aware that if you choose to refuse or remove cookies, this could affect the availability and functionality of the Services.

Most web browsers are set to accept cookies by default. If you prefer, you can usually choose to set your browser to remove or reject browser cookies. To do so, please follow the instructions provided by your browser which are usually located within the "Help" or "Preferences" menu. Some third parties also provide the ability to refuse their cookies directly by clicking on an opt-out link, and we have indicated where this is possible in the table below.

## Marketing

As part of its day-to-day business activities, Good Vibrations may share with third parties certain non-personally identifying log information your browser makes available whenever you visit the Website.

## Security

Due to the existing legal, regulatory and security environment, Good Vibrations may disclose aggregate level and/or PII about its Registrants to protect the rights, property or safety of Good Vibrations, our customers, or the public.

## Security

Due to the existing legal, regulatory and security environment, Good Vibrations may disclose aggregate level and/or PII about its Registrants to protect the rights, property or safety of Good Vibrations, our customers, or the public.

## Sale or Transfer of Business

We may sell or otherwise transfer such information to a successor of Good Vibrations, or any subsidiary or division of Good Vibrations in connection with an asset sale, acquisition, merger, consolidation, divestiture, stock sale, purchase of part or all of the assets of the business, or other corporate transaction, or by way of assignment (whether by operation of law or otherwise) in connection with any such or similar transaction or in connection with the administration of a bankruptcy estate. In the case of such event, the PII will become the property of the successor and will be subject to the successor's Privacy Policy should they have one.

## Service Providers and Partners

So that we can focus on providing customers with a quality product, we may establish relationships with other businesses whom we believe, based on a reasonable inquiry, to be trustworthy and who have confirmed that their privacy practices are consistent with our requirements (collectively "Service Providers"). For example purposes only, Good Vibrations may contract with Service Providers to provide certain services such as hosting and maintenance, payment processing and certain marketing and promotions functions. We only provide the Service Providers with the information necessary for them to perform their services on our behalf.

## User Content

Good Vibrations may post on the Website stories, comments, letters, photographs and/or videos provided to us by our customers. When you submit the materials and other information to us you represent that you are authorized to submit such materials or other information and you grant to Good Vibrations a non-exclusive, royalty-free, worldwide, perpetual license, with the right to sub-license, to reproduce, distribute, transmit, create derivative works of, publicly display and publicly perform any materials and other information (including, without limitation, ideas contained therein for new or improved products) you submit to any public areas of the Website (such as bulletin boards, forums and newsgroups), e-mail to goodvibes.com or any other means and in any media now known or hereafter developed. You also grant to Good Vibrations the right to use your name in connection with the submitted materials and other information as well as in connection with all advertising, marketing and promotional material related thereto. You agree that you shall have no recourse against Good Vibrations for any alleged or actual infringement or misappropriation of any proprietary right in your submitted materials and other information to the Website.

## Contests, Sweepstakes and Promotions.

If you choose to enter a contest, sweepstakes or promotion (collectively "Promotion"), your PII may be disclosed to third parties in connection with such Promotion, including without limitation, for purposes of posting your entry with attribution or otherwise as permitted in the applicable official rules for the Promotion, fulfilling your prize or including your name on a winners list. Also by entering a contest, sweepstakes or promotion, we may require you to consent to the use of your personal information or other information, such as name, voice or likeness, in advertising, promotional and marketing materials. In addition, we may offer certain promotional content, such as sweepstakes, sponsored or co-branded with a third party, who may obtain the personal information that you submit.

## How does Good Vibrations protect your PII?

Good Vibrations protects your PII by using safeguards that are appropriate to the sensitivity of the information. Each of our employees with access to your PII is informed about our Privacy Policy and procedures for protecting PII. Good Vibrations undertakes substantial efforts to protect the confidentiality of the identity, preferences and other information it has collected about individual Registrants and, except as otherwise set forth in this Privacy Policy, will not knowingly allow access to this information to anyone outside Good Vibrations.

You should also do your part in protecting your information. Your user name and password are confidential and we recommend that you not divulge them to anyone. Unfortunately, neither Good Vibrations' network nor data transmission over the Internet can be guaranteed to be 100% secure. As a result, while we strive to protect Registrant's information, Good Vibrations cannot ensure or warrant the security of member information. Thus, any information a Registrant transmits to us is done so at the Registrant's own risk. Once we receive Registrant information, we undertake substantial efforts to protect the confidentiality of this information consistent with this Privacy Policy.

to anyone. Unfortunately, neither Good Vibrations' network nor data transmission over the Internet can be guaranteed to be 100% secure. As a result, while we strive to protect Registrant's information, Good Vibrations cannot ensure or warrant the security of member information. Thus, any information a Registrant transmits to us is done so at the Registrant's own risk. Once we receive Registrant information, we undertake substantial efforts to protect the confidentiality of this information consistent with this Privacy Policy.

Good Vibrations may store and process PII collected on the Website on its own servers or on the servers of its Service Providers (defined below). Paper copies containing all or part of the PII you supply to us may be made and kept in file cabinets as part of the course of normal business activity. To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have implemented physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take security measures to protect against unauthorized access to or unauthorized alteration, disclosure or destruction of data, Good Vibrations does not guarantee that unauthorized third parties will never defeat measures taken to prevent improper use of PII. In the event of a security breach whereby your PII is acquired by an unauthorized person, Good Vibrations will take commercially reasonable steps to contain the breach and to notify you of the unauthorized acquisition.

## Children's Privacy

Protecting the privacy of children is extremely important to us. The Website is intended for users who are 18 years old or older. We do not knowingly collect PII from children under the age of 18. If we become aware that we have inadvertently received PII from a child under the age of 18, we will delete such information from our records. We encourage parents and legal guardians to monitor their children's Internet usage and to help enforce our Privacy Policy by instructing their children never to provide PII without parental consent. If you have reason to believe that a child under the age of 18 has provided PII, please contact us, and we will take appropriate action.

## Copyright and Licenses

The entire contents of the Website are protected by international copyright and trademark laws. The owner of the copyrights and trademarks is The Barnaby LTD or other third parties. YOU MAY NOT MODIFY, COPY, REPRODUCE, REPUBLISH, UPLOAD, POST, TRANSMIT, OR DISTRIBUTE, IN ANY MANNER, THE MATERIAL ON THE WEBSITE, INCLUDING TEXT, GRAPHICS, CODE AND/OR SOFTWARE. You may print and download portions of material from the different areas of the Website solely for your own non-commercial use provided that you agree not to change or delete any copyright or proprietary notices from the materials. You agree that you shall have no recourse against Good Vibrations for any alleged or actual infringement or misappropriation of any proprietary right in your communications to the Website.

## Links to Other Materials

You understand that, except for information, products or services clearly identified as being supplied by Good Vibrations, Good Vibrations does not operate, control or endorse any information, products or services on the Internet in any way. Except for Good Vibrations identified information, products or services, all information, products and services offered through the Website or on the Internet generally are offered by third parties, that are not affiliated with Good Vibrations You also understand that Good Vibrations cannot and does not guarantee or warrant that files available for downloading through the Website will be free of infection or viruses, worms, Trojan horses or other code that manifest contaminating or destructive properties. You are responsible for implementing sufficient procedures and checkpoints to satisfy your particular requirements for accuracy of data input and output, and for maintaining a means external to the Website for the reconstruction of any lost data.

Good Vibrations makes no representations whatsoever about any other website which you may access through the Website or which may link to the Website. When you access a non-Good Vibrations website, please understand that it is independent from the Website, and that Good Vibrations has no control over the content on that website. In addition, a link to the Website does not mean that Good Vibrations endorses or accepts any responsibility for the content, or the use, of such website.

## Assumption of Risk

YOU ASSUME TOTAL RESPONSIBILITY AND RISK FOR YOUR USE OF THE WEBSITE AND THE INTERNET. GOOD VIBRATIONS PROVIDES THE WEBSITE AND RELATED INFORMATION "AS IS" AND DOES NOT MAKE ANY EXPRESS OR IMPLIED WARRANTIES, REPRESENTATIONS OR ENDORSEMENTS WHATSOEVER (INCLUDING WITHOUT LIMITATION WARRANTIES OF TITLE OR NONINFRINGEMENT, OR THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE) WITH REGARD TO THE SERVICE, ANY MERCHANDISE INFORMATION OR SERVICE PROVIDED THROUGH THE SERVICE OR ON THE INTERNET GENERALLY, AND GOOD VIBRATIONS SHALL NOT BE LIABLE FOR ANY COST OR DAMAGE ARISING EITHER DIRECTLY OR INDIRECTLY FROM ANY SUCH TRANSACTION. IT IS SOLELY YOUR RESPONSIBILITY TO EVALUATE THE ACCURACY,

WHATSOEVER (INCLUDING WITHOUT LIMITATION WARRANTIES OF TITLE OR NONINFRINGEMENT, OR THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE) WITH REGARD TO THE SERVICE, ANY MERCHANDISE INFORMATION OR SERVICE PROVIDED THROUGH THE SERVICE OR ON THE INTERNET GENERALLY, AND GOOD VIBRATIONS SHALL NOT BE LIABLE FOR ANY COST OR DAMAGE ARISING EITHER DIRECTLY OR INDIRECTLY FROM ANY SUCH TRANSACTION. IT IS SOLELY YOUR RESPONSIBILITY TO EVALUATE THE ACCURACY, COMPLETENESS AND USEFULNESS OF ALL OPINIONS, ADVICE, SERVICES, MERCHANDISE AND OTHER INFORMATION PROVIDED THROUGH THE SERVICE OR ON THE INTERNET GENERALLY. GOOD VIBRATIONS DOES NOT WARRANT THAT THE SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE OR THAT DEFECTS IN THE SERVICE WILL BE CORRECTED.

YOU UNDERSTAND FURTHER THAT THE PURE NATURE OF THE INTERNET CONTAINS UNEDITED MATERIALS SOME OF WHICH ARE SEXUALLY EXPLICIT OR MAY BE OFFENSIVE TO YOU. YOUR ACCESS TO SUCH MATERIALS IS AT YOUR RISK. GOOD VIBRATIONS HAS NO CONTROL OVER AND ACCEPTS NO RESPONSIBILITY WHATSOEVER FOR SUCH MATERIALS.

## Limitation of Liability

IN NO EVENT WILL GOOD VIBRATIONS BE LIABLE FOR (I) ANY INCIDENTAL, CONSEQUENTIAL, OR INDIRECT DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR INFORMATION, AND THE LIKE) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SERVICE, OR ANY INFORMATION, OR TRANSACTIONS PROVIDED ON THE SERVICE OR WEBSITE, OR DOWNLOADED FROM THE SERVICE OR WEBSITE, OR ANY DELAY OF SUCH INFORMATION OR SERVICE OR WEBSITE. EVEN IF GOOD VIBRATIONS OR ITS AUTHORIZED REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR (II) ANY CLAIM ATTRIBUTABLE TO ERRORS, OMISSIONS, OR OTHER INACCURACIES IN THE SERVICE, WEBSITE AND/OR MATERIALS OR INFORMATION DOWNLOADED THROUGH THE SERVICE OR WEBSITE. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IN SUCH STATES, GOOD VIBRATIONS' LIABILITY IS LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, defend and hold harmless Good Vibrations, its affiliates, officers, directors, employees, agents, licensors, vendors and any third party information providers from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of this Agreement (including negligent or wrongful conduct) by you or any other person accessing the Website.

## Third Party Rights

The Legal Notices are for the benefit of Good Vibrations and its officers, directors, employees, agents, licensors, suppliers, and any third party information providers to the Website. Each of these individuals or entities shall have the right to assert and enforce those provisions directly against you on its own behalf.

## Miscellaneous

This Privacy Policy and the terms and conditions contained herein shall all be governed and construed in accordance with the laws of The United States of America applicable to agreements made and to be performed in The United States of America. You agree that any legal action or proceeding between Good Vibrations and you for any purpose concerning this Privacy Policy shall be brought exclusively in a federal or state court of competent jurisdiction sitting in The United States of America. Any cause of action or claim you may have with respect to the Website must be commenced within one (1) year after the claim or cause of action arises or such claim or cause of action is barred. Good Vibrations' failure to insist upon or enforce strict performance of any provision of these terms and conditions in this Privacy Policy shall not be construed as a waiver of any provision or right. Neither the course of conduct between the parties nor trade practice shall act to modify any provision of this Privacy Policy. Good Vibrations may assign its rights and duties under this Privacy Policy to any party at any time without notice to you.

Any rights not expressly granted herein are reserved.

Transgender Law Center Donate to Support Trans Rights Add a Donation ($1, $3, $5)

## Third Party Rights

The Legal Notices are for the benefit of Good Vibrations and its officers, directors, employees, agents, licensors, suppliers, and any third party information providers to the Website. Each of these individuals or entities shall have the right to assert and enforce those provisions directly against you on its own behalf.

## Miscellaneous

This Privacy Policy and the terms and conditions contained herein shall all be governed and construed in accordance with the laws of The United States of America applicable to agreements made and to be performed in The United States of America. You agree that any legal action or proceeding between Good Vibrations and you for any purpose concerning this Privacy Policy shall be brought exclusively in a federal or state court of competent jurisdiction sitting in The United States of America. Any cause of action or claim you may have with respect to the Website must be commenced within one (1) year after the claim or cause of action arises or such claim or cause of action is barred. Good Vibrations' failure to insist upon or enforce strict performance of any provision of these terms and conditions in this Privacy Policy shall not be construed as a waiver of any provision or right. Neither the course of conduct between the parties nor trade practice shall act to modify any provision of this Privacy Policy. Good Vibrations may assign its rights and duties under this Privacy Policy to any party at any time without notice to you.

Any rights not expressly granted herein are reserved.

Transgender Law Center Donate to Support Trans Rights Add a Donation ($1, $3, $5)

Creating a Buzz Since 1977

CUSTOMER SERVICE
eGift Card
About Us
Contact Us
Order Lookup
Shipping
Privacy Policy
Terms
FAQ & Return Policy

SEX EDUCATION
Blog
Events
Ask Our Experts - Sex Advice
Dr. Carol Queen Staff Sexologist
Sexual Health Outreach Workshops S.H.O.W.

COMMUNITY
Affiliate Program
Antique Vibrator Museum
GiVe Donation Program
Good Vibes Rewards Program
Good Vibes Rewards Program FAQ
Donations
Jobs

Join Our List Get
$5 Off Your Next Order
I am 18 or over and accept the Terms and Conditions and Privacy Policy.
email address Subscribe

*Promotions exclude: gift cards, kits, sale items, Arcwave, BMS, B Swish, Bumpher, Cowgirl, Crave, Dame, Doxy, Eroscillator, Fun Factory, Good Clean Love, Happy Rabbit, Hot Octopuss, Iroha, Je Joue, Lelo, Le Wand, Lovense, Magic Wand, Mimic, Njoy, OhMiBod, OhNut, Oxballs, pjur, Rodeoh, SpareParts, Tenga, We-Vibe, Womanizer, Extend protection plans.

©-2024 Barnaby Ltd dba Good Vibrations
Powered by: Innov8 Solutions, Inc., 187 E. Warm Springs Road, Suite B343, Las Vegas, NV 89119
All models are over 18.