James F. Monagle, Esq. (SBN 236638)
Edgar F. Navarrete, Esq. (SBN 322662)
MULLEN COUGHLIN LLC
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: 267-930-1529
Facsimile: 267-930-4771
jmonagle@mullen.law;
enavarrete@mullen.law

*Attorneys for Defendant,*
BARNABY LTD., LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STELLA TATOLA, on behalf of herself, all other similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BARNABLY LTD., LLC, and MICROSOFT CORPORATION,<br><br>Defendants. | Case No.: 3:24-cv-03789-JD<br><br>Assigned to the Hon. James Donato<br>Courtroom 11<br><br>**DEFENDANT BARNABY LTD., LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Defendant, BARNABLY LTD., LLC ("Barnaby" or "Defendant"), by and through its undersigned counsel, answers the Second Amended Complaint ("SAC") by Plaintiff, STELLA TATOLA, individually and on behalf of a class of similarly

situated individuals ("Plaintiff"), as follows, and Defendant denies all legal conclusions and factual allegations contained in the headings and subheadings of the SAC regarding Defendant, and denies all remaining factual allegations contained in the headings and subheadings of the SAC due to a lack of knowledge or information sufficient to form a belief regarding their truth:

1. Defendant admits that it sells adult toys and merchandise to consumers through its websites, but Defendant denies the remaining allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 1 of the SAC, and on that basis denies those allegations as pled.

2. The allegations contained in paragraph 2 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 2 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 2 of the SAC, and on that basis denies those allegations as pled.

3. The allegations contained in paragraph 3 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 3 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

4. The allegations contained in paragraph 4 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 4 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

5. The allegations contained in paragraph 5 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 5 of the

SAC may be deemed to contain factual allegations, Defendant denies those allegations.

6. The allegations contained in paragraph 6 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 6 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

7. The allegations contained in paragraph 7 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 7 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the SAC, and on that basis denies them.

9. Defendant admits that it is an Ohio limited liability company, but Defendant denies the remaining allegations in paragraph 9 of the SAC as pled.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the SAC, and on that basis denies them.

**I. Denied As Stated in Preamble**

11. Defendant admits that it operates the websites https://www.goodvibes.com and https://www.babeland.com, but Defendant denies the remaining allegations in paragraph 11 of the SAC as pled.

12. The allegations contained in paragraph 12 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 12 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

13. The allegations contained in paragraph 13 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 13 of the SAC may be deemed to contain factual allegations, Defendant states that the website(s) referenced in paragraph 13 and footnote 1 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those websites. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 13 and footnote 1 of the SAC as pled.

14. The allegations contained in paragraph 14 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 14 of the SAC may be deemed to contain factual allegations, Defendant states that the website(s) referenced in paragraph 14 and footnote 2 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those websites. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 14 of the SAC as pled.

**II. Denied as Stated in Preamble**

15. The allegations contained in paragraph 15 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 15 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 2 of the SAC, and on that basis denies those allegations as pled.

16. The allegations contained in paragraph 16 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 16 or footnote 3 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 16 and footnote 3 of the SAC

speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those websites. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 16 and footnote 3 of the SAC as pled.

17. The allegations contained in paragraph 17 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 17 and footnote 4 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 17 and footnote 4 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those websites. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 17 and footnote 4 of the SAC as pled.

18. The allegations contained in paragraph 18 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 18 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 18 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those webpages. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 18 of the SAC.

19. The allegations contained in paragraph 19 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 19 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 19 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those webpages. To the

extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 19 of the SAC.

20. The allegations contained in paragraph 20 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 20 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 20 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those webpages. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 20 of the SAC.

21. The allegations contained in paragraph 21 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 21 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 21 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those webpages. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 21 of the SAC.

## III. Denied as Stated in Preamble

### A. Denied as Stated in Preamble

22. The allegations contained in paragraph 22 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 22 and footnote 5 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 22 and footnote 5 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations

of those websites. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 22 and footnote 5 of the SAC as pled.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the SAC, and on that basis denies them.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the SAC, and on that basis denies them.

25. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the SAC, and on that basis denies them.

**B. Denied as Stated in Preamble**

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the SAC, and on that basis denies them.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the SAC, and on that basis denies them.

28. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the SAC, and on that basis denies them.

**C. Denied as Stated in Preamble**

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the SAC, and on that basis denies them.

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the SAC, and on that basis denies them.

31. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the SAC, and on that basis denies them.

32. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the SAC, and on that basis denies them.

**D. Denied as Stated in Preamble**

33. The allegations contained in paragraph 33 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 33 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations as pled.

34. Defendant denies the allegations contained in paragraph 34 of the SAC regarding Defendant, and denies all remaining allegations contained in paragraph 34 of the SAC as pled.

35. To the extent that paragraph 35 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 35 of the SAC speaks for itself and is the best evidence of its own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of the webpage(s), including via the purported screenshot included in paragraph 35. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 35 of the SAC as pled.

36. Defendant denies the allegations contained in paragraph 36 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a

belief as to the truth of the remaining allegations in paragraph 36 of the SAC, and on that basis denies those allegations as pled.

37. To the extent that paragraph 37 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 37 of the SAC speaks for itself and is the best evidence of its own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of the webpage(s), including via the purported screenshot included in paragraph 37. To the extent a further response is deemed necessary, Defendant states, Defendant denies the allegations contained in paragraph 37 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 37 of the SAC, and on that basis denies those allegations as pled.

38. To the extent that paragraph 38 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 38 of the SAC speaks for itself and is the best evidence of its own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of the webpage(s), including via the purported screenshot included in paragraph 38. To the extent a further response is deemed necessary, Defendant states, Defendant denies the allegations contained in paragraph 38 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 38 of the SAC, and on that basis denies those allegations as pled.

39. To the extent that paragraph 39 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 39 of the SAC speaks for itself and is the best evidence of its own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of the webpage(s), including via the purported screenshot included in

paragraph 39. To the extent a further response is deemed necessary, Defendant states, Defendant denies the allegations contained in paragraph 39 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 39 of the SAC, and on that basis denies those allegations as pled.

40. Defendant denies the allegations contained in paragraph 40 of the SAC regarding Defendant, and denies all remaining allegations contained in paragraph 40 of the SAC as pled.

41. The allegations contained in paragraph 41 of the SAC constitute legal conclusions to which no response is required. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 41 of the SAC.

42. The allegations contained in paragraph 42 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 42 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 42 of the SAC, and on that basis denies those allegations as pled.

43. To the extent that paragraph 43 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) and consent tool referenced in paragraph 43 of the SAC speaks for itself and is the best evidence of its own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of the webpage(s) and consent tool, including via the purported screenshot included in paragraph 39. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 43 of the SAC as pled.

44. The allegations contained in paragraph 44 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 44 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 44 and footnote 12 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those websites. To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 44 and footnote 12 of the SAC as pled.

45. To the extent that paragraph 45 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 45 of the SAC speaks for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of the webpage(s). To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 45 of the SAC as pled.

46. The allegations contained in paragraph 46 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 46 and footnote 13 of the SAC may be deemed to contain factual allegations, Defendant states that the webpage(s) referenced in paragraph 46 and footnote 13 of the SAC speak for themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those webpage(s). To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 46 of the SAC as pled.

47. The allegations contained in paragraph 47 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 47 of the SAC may be deemed to contain factual allegations, Defendant states that the website(s) and webpage(s) referenced in paragraph 47 of the SAC speak for

themselves and are the best evidence of their own contents, and Defendant denies Plaintiff's attempt to summarize or characterize the contents or operations of those website(s) and webpage(s). To the extent a further response is deemed necessary, Defendant denies the allegations contained in paragraph 47 of the SAC.

48. Defendant denies the allegations contained in paragraph 48 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 48 of the SAC, and on that basis denies those allegations.

**E. Denied as Stated in Preamble**

49. Defendant denies the allegations contained in paragraph 49 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 49 of the SAC, and on that basis denies those allegations.

50. Defendant denies the allegations contained in paragraph 50 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 50 of the SAC, and on that basis denies those allegations.

51. The allegations contained in paragraph 51 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 51 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 51 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 51 of the SAC, and on that basis denies those allegations.

52. The allegations contained in paragraph 52 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 52 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

## IV. Denied as Stated in Preamble

### A. Denied as Stated in Preamble

53. The allegations contained in paragraph 53 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 53 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

54. The allegations contained in paragraph 54 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 54 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

55. The allegations contained in paragraph 55 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 55 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

56. The allegations contained in paragraph 56 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 56 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

57. The allegations contained in paragraph 57 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 57 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

58. The allegations contained in paragraph 58 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 58 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

59. The allegations contained in paragraph 59 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 59 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

60. The allegations contained in paragraph 60 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 60 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

61. The allegations contained in paragraph 61 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 61 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

62. The allegations contained in paragraph 62 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 62 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

63. The allegations contained in paragraph 63 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 63 of the

SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

64. The allegations contained in paragraph 63 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 64 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

65. The allegations contained in paragraph 65 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 65 of the SAC may be deemed to contain factual allegations, Defendant is without knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis denies them or any attempt by Plaintiff to apply, interpret or characterize applicable law.

66. Defendant denies the allegations contained in paragraph 66 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 66 of the SAC, and on that basis denies them or any attempt by Plaintiff to apply, interpret or characterize applicable law.

**B. Denied as Stated in Preamble**

67. The allegations contained in paragraph 67 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 67 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

68. The allegations contained in paragraph 68 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 68 of the SAC may be deemed to contain factual allegations, Defendant denies those

allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

69. The allegations contained in paragraph 69 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 69 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

70. The allegations contained in paragraph 70 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 70 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

71. The allegations contained in paragraph 71 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 71 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

72. The allegations contained in paragraph 72 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 72 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 72 of the SAC, and on that basis denies them or any attempt by Plaintiff to apply, interpret or characterize applicable law.

73. The allegations contained in paragraph 73 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 73 of the SAC may be deemed to contain factual allegations, Defendant denies those

allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

74. The allegations contained in paragraph 74 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 74 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

75. The allegations contained in paragraph 75 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 75 of the SAC may be deemed to contain factual allegations, Defendant Defendant is without knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis denies them those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

**D. Denied as Stated in Preamble**

76. The allegations contained in paragraph 76 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 76 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

**V. Denied as Stated in Preamble**

77. Defendant admits Plaintiff has purchased merchandise from its website, www.goodvibes.com, but Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 77 of the SAC, and on that basis denies those allegations as pled.

78. Defendant admits Plaintiff has purchased merchandise from its website, www.goodvibes.com on or around December 17, 2023, but Defendant is without knowledge or information sufficient to form a belief as to the truth of the

remaining allegations in paragraph 78 of the SAC as it has not received an unredacted copy of Exhibit A, and on that basis denies those allegations as pled.

79. Defendant admits Plaintiff has purchased merchandise from its website, www.goodvibes.com on or around May 15, 2024, but Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 79 of the SAC as it has not received an unredacted copy of Exhibit B, and on that basis denies those allegations as pled.

80. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the SAC, and on that basis denies them.

81. The allegations contained in paragraph 81 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 81 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

82. The allegations contained in paragraph 82 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 82 of the SAC may be deemed to contain factual allegations, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the SAC, and on that basis denies them

83. The allegations contained in paragraph 83 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 83 of the SAC may be deemed to contain factual allegations, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the SAC, and on that basis denies them.

84. The allegations contained in paragraph 84 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 84 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations

contained in paragraph 84 of the SAC regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 84 of the SAC, and on that basis denies them.

85. The allegations contained in paragraph 85 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 85 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 85 of the SAC, and on that basis denies them.

86. The allegations contained in paragraph 86 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 86 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 86 of the SAC, and on that basis denies them.

87. The allegations contained in paragraph 87 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 87 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 87 of the SAC, and on that basis denies them.

88. The allegations contained in paragraph 88 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 88 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 88 of the SAC, and on that basis denies them.

89. The allegations contained in paragraph 89 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 89 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

90. The allegations contained in paragraph 90 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 90 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations, or any attempt by Plaintiff to apply, interpret or characterize applicable law, including the validity of the proposed class definition(s) or class period(s).

91. The allegations contained in paragraph 91 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 91 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

92. The allegations contained in paragraph 92 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 92 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 92 of the SAC, and on that basis denies them, or any attempt by Plaintiff to apply, interpret or characterize applicable law.

93. The allegations contained in paragraph 93 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 93 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

94. The allegations contained in paragraph 94 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 94 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

95. The allegations contained in paragraph 95 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 95 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

96. The allegations contained in paragraph 96 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 96 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

97. The allegations contained in paragraph 97 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 97 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

98. The allegations contained in paragraph 98 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 98 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

**FIRST CAUSE OF ACTION**

99. Defendant repeats and realleges its answers to the allegations in the SAC set forth above as if fully set forth herein.

100. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the SAC, and on that basis denies them.

101. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the SAC, and on that basis denies them.

102. Defendant admits that it sells adult products including to Plaintiff and California residents, and denies the remaining allegations contained in paragraph 102 of the SAC as pled.

103. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the SAC, and on that basis denies them.

104. The allegations contained in paragraph 104 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 104 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

105. The allegations contained in paragraph 105 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 105 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

106. The allegations contained in paragraph 106 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 106 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

107. The allegations contained in paragraph 107 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 107 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

108. The allegations contained in paragraph 108 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 108 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

109. The allegations contained in paragraph 109 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 109 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

110. The allegations contained in paragraph 110 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 110 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 110 of the SAC, and on that basis denies them.

111. The allegations contained in paragraph 111 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 111 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

112. The allegations contained in paragraph 112 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 112 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

**SECOND CAUSE OF ACTION**

113. Defendant repeats and realleges its answers to the allegations in the SAC set forth above as if fully set forth herein.

114. The allegations contained in paragraph 114 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 114 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

115. The allegations contained in paragraph 115 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 115 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 115 of the SAC, and on that basis denies them.

116. The allegations contained in paragraph 116 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 116 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 116 of the SAC, and on that basis denies them.

117. The allegations contained in paragraph 117 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 117 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 117 of the SAC, and on that basis denies them.

118. The allegations contained in paragraph 118 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 118 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

**THIRD CAUSE OF ACTION**

119. Defendant repeats and realleges its answers to the allegations in the SAC set forth above as if fully set forth herein.

120. The allegations contained in paragraph 120 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 120 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 120 of the SAC, and on that basis denies them.

121. The allegations contained in paragraph 121 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 121 of the SAC may be deemed to contain factual allegations, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the SAC, and on that basis denies them.

122. In The allegations contained in paragraph 122 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 122 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 122 of the SAC, and on that basis denies them.

123. The allegations contained in paragraph 123 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 123 of the SAC may be deemed to contain factual allegations, Defendant denies those

allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 123 of the SAC, and on that basis denies them.

124. The allegations contained in paragraph 124 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 124 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 124 of the SAC, and on that basis denies them.

**FOURTH CAUSE OF ACTION**

125. Defendant repeats and realleges its answers to the allegations in the SAC set forth above as if fully set forth herein.

126. The allegations contained in paragraph 126 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 126 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 126 of the SAC, and on that basis denies them.

127. The allegations contained in paragraph 127 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 127 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 127 of the SAC, and on that basis denies them.

128. The allegations contained in paragraph 128 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 128 of the SAC may be deemed to contain factual allegations, Defendant denies those

allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 128 of the SAC, and on that basis denies them.

129. The allegations contained in paragraph 129 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 129 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 129 of the SAC, and on that basis denies them.

130. The allegations contained in paragraph 130 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 130 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 130 of the SAC, and on that basis denies them.

**FIFTH CAUSE OF ACTION**

131. Defendant repeats and realleges its answers to the allegations in the SAC set forth above as if fully set forth herein.

132. The allegations contained in paragraph 132 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 130 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations or any attempt by Plaintiff to apply, interpret or characterize applicable law.

133. The allegations contained in paragraph 133 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 133 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 133 of the SAC.

134. The allegations contained in paragraph 134 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 134 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 134 of the SAC, and on that basis denies them.

135. The allegations contained in paragraph 135 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 135 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

136. The allegations contained in paragraph 136 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 136 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 136 of the SAC.

137. The allegations contained in paragraph 137 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 137 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 137 of the SAC.

138. The allegations contained in paragraph 138of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 138 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 138 of the SAC.

139. The allegations contained in paragraph 139 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 139 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 139 of the SAC.

140. The allegations contained in paragraph 140 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 140 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 140 of the SAC.

141. The allegations contained in paragraph 141of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 141 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 141 of the SAC.

142. The allegations contained in paragraph 142 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 142 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 142 of the SAC.

**SIXTH CAUSE OF ACTION**

143. Defendant repeats and realleges its answers to the allegations in the SAC set forth above as if fully set forth herein.

144. The allegations contained in paragraph 144 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 144 of the SAC may be deemed to contain factual allegations, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the SAC, and on that basis denies them.

145. The allegations contained in paragraph 145 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 145 of the SAC may be deemed to contain factual allegations, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 of the SAC, and on that basis denies them.

146. The allegations contained in paragraph 146 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 146 of

the SAC may be deemed to contain factual allegations, Defendant denies those allegations regarding Defendant, and Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 146 of the SAC, and on that basis denies them.

147. The allegations contained in paragraph 147 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 147 of the SAC may be deemed to contain factual allegations, Defendant denies those allegations.

**SEVENTH CAUSE OF ACTION**

148. Defendant repeats and realleges its answers to the allegations in the SAC set forth above as if fully set forth herein.

149. The allegations contained in paragraph 149 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 149 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 149 of the SAC.

150. The allegations contained in paragraph 150 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 150 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 150 of the SAC.

151. The allegations contained in paragraph 151 of the SAC constitute legal conclusions to which no response is required. To the extent that paragraph 151 of the SAC may be deemed to contain factual allegations, Defendant denies the allegations contained in paragraph 151 of the SAC.

## <u>AFFIRMATIVE DEFENSES</u>

Defendants assert the following affirmative defenses:

### <u>First Affirmative Defense</u>

Plaintiff's SAC fails to state a cause of action upon which relief can be granted.

**Second Affirmative Defense**

Plaintiff lacks standing to bring their claims.

**Third Affirmative Defense**

Plaintiff fails to establish that she or the putative class members have suffered or are in danger of immediately suffering a concrete and legally cognizable injury. Plaintiff's alleged damages are speculative, remote, or indirect.

**Fourth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, because any injury suffered was voluntarily incurred for the purpose of manufacturing a legal claim.

**Fifth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, precluded, and/or diminished, in whole or in part, by the doctrine of intervening and/or superseding causation because any alleged damages they claim were caused by third parties who were not employees or agents of Defendant.

**Sixth Affirmative Defense**

Persons or entities other than Defendant may have caused or contributed to the damages Plaintiff and the putative class members allegedly suffered and therefore any award in favor of Plaintiff or the putative class members must be reduced by an amount equal to the percentage of fault of others causing or contributing to the damages alleged.

**Seventh Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, by the doctrine of contributory negligence to the extent their own negligent actions contributed to any damages they allege to have suffered.

**Eighth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred or reduced, in whole or in part, because they have failed to mitigate any damages they allegedly sustained.

**Ninth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, by their assumption of risk.

**Tenth Affirmative Defense**

Defendants did not perform any act or omission that was the proximate cause of Plaintiff's or the putative class members' alleged damages.

**Eleventh Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, because Defendant was without knowledge of the identity of users of its websites in relation to the claims alleged.

**Twelfth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, because they consented to the activities complained of.

**Thirteenth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, under the doctrine of waiver.

**Fourteenth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, under the doctrine of release.

**Fifteenth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, by estoppel.

**Sixteenth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, by laches.

**Seventeenth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, by the doctrine of unclean hands.

**Eighteenth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, by agreements that they independently entered into with third parties and/or by their prior disclosure of information to third parties.

**Nineteenth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred because applying state law as urged by Plaintiffs would violate the United States Constitution, including but not limited to the First, Fifth, and Fourteenth Amendments.

**Twentieth Affirmative Defense**

The imposition of punitive and/or aggregated, class-wide damages in this case would be excessive and violate Defendants' Due Process and other Constitutional rights.

**Twenty-First Affirmative Defense**

Plaintiff's claims and those of the putative class members are always barred because Defendant acted in good faith in in compliance with industry-standard practices and any applicable statutes and/or regulations.

**Twenty-Second Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, because Defendant had no prior notice that Defendant's actions were

potentially wrongful, and Defendant did not intend to commit a wrongful act or deny any legal right to Plaintiff and/or any member of the putative class, or to cause harm.

**Twenty-Third Affirmative Defense**

The California Invasion of Privacy Act claim by Plaintiff and the putative class members are barred, in whole or in part, to the extent the complained-of activity occurred outside of the State of California.

**Twenty-Fourth Affirmative Defense**

The California Invasion of Privacy Act claim by Plaintiff and the putative class members are barred, in whole or in part, because application of the statutes as interpreted by Plaintiff would violate the rule of lenity.

**Twenty-Fifth Affirmative Defense**

The California Invasion of Privacy Act claim is barred because Plaintiff and the putative class members are not aggrieved persons intended to be protected by the statute.

**Twenty-Sixth Affirmative Defense**

The California Invasion of Privacy Act claim by Plaintiff and the putative class members is barred because the conduct alleged was not secret.

**Twenty-Seventh Affirmative Defense**

The California Invasion of Privacy Act claim by Plaintiff and the putative class members is barred because Defendant was a party to any communication.

**Twenty-Eighth Affirmative Defense**

The California Invasion of Privacy Act claim by Plaintiffs and the putative class members is barred because the Defendant did not act willfully.

**Twenty-Ninth Affirmative Defense**

The California Invasion of Privacy Act claim by Plaintiff and the putative class members is barred, in whole or in part, because the contents of Plaintiff's and putative class members' communications were not intercepted.

**Thirtieth Affirmative Defense**

The California Invasion of Privacy Act claim by Plaintiff and the putative class members is barred, in whole or in part, because the purported communications at issue were not intercepted while in transit.

**Thirty-First Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, because a third party did not actually view, read, learn, attempt to learn, or use the contents of any purported communications at issue.

**Thirty- Second Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, because no "personal information" or "personally identifiable information" of the Plaintiff and/or the putative class members was disclosed, accessed, intercepted, used, or otherwise implicated by any act or failure to act by the Defendant.

**Thirty-Third Affirmative Defense**

There is no threat of impending future harm that would entitle Plaintiffs or the putative class members to injunctive relief.

**Thirty-Fourth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, because there is no basis for declaratory, equitable, or compensatory relief in this action.

**Thirty-Fifth Affirmative Defense**

Plaintiff's claims and those of the putative class members are barred, in whole or in part, by the applicable statutes of limitation.

Defendant expressly reserves the right to assert additional affirmative defenses as the case progresses and to amend this Answer to assert such defenses.

**DEFENDANT'S PRAYER FOR RELIEF**

1. The Plaintiff takes nothing by way of the SAC;

2. Defendant contends the prayer for relief contained in the SAC amounts to conclusions of law to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to any relief, monetary, equitable, or otherwise, and there is no basis for recovery of attorney's fees in this action, and Defendant therefore denies the allegations in the prayer for relief;

3. If liability is assessed upon this answering Defendant, that the liability attributed to this answering Defendant be limited in direct proportion to the percentage of fault actually attributable to this answering Defendant; and

4. For such other and further relief as the Court deems just and proper.

Date: April 14, 2025

**MULLEN COUGHLIN LLC**

/s/ James F. Monagle
James F. Monagle
Edgar F. Navarrete
*Attorneys for Defendant,*
BARNABY LTD., LLC